Sean P. Killeen (SBN 320644)
*skilleen@bakerlaw.com*
**BAKER & HOSTETLER LLP**
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111
Telephone:    (415) 659-2600
Facsimile:    (415) 659-2601

Casie D. Collignon (*Pro Hac Vice* Forthcoming)
*ccollignon@bakerlaw.com*
**BAKER & HOSTETLER LLP**
1801 California Street, Suite 4400
Denver, CO 80202
Telephone:    (303) 861-0600
Facsimile:    (303) 861-7805

*Attorneys for Defendants*
HIMS, INC. and HIMS & HERS HEALTH, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JULIE DOLPHIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HIMS & HERS, INC.,<br><br>Defendant. | Case No.: 3:26-cv-03077-CRB<br>Judge: Charles R. Breyer<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER VACATING EXISTING DEADLINES PENDING THE COURT'S RULING ON CONSOLIDATION AND EXTENDING DEFENDANTS' RESPONSIVE PLEADING DEADLINE** |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIPULATION AND [~~PROPOSED~~] ORDER VACATING EXISTING DEADLINES PENDING THE COURT'S RULING ON
CONSOLIDATION AND EXTENDING DEFENDANTS' RESPONSIVE PLEADING DEADLINE
CASE NO.: 3:26-CV-03077-CRB

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Pursuant to L.R. 6-1(b), Plaintiff Julie Dolphin ("Plaintiff") and Defendants Hims, Inc. and Hims & Hers Health, Inc. ("Defendants") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows ("Stipulation"):

WHEREAS, Plaintiff Dolphin filed her Complaint on April 10, 2026, *Dolphin v. Hims & Hers, Inc.*, United States District Court, Northern District of California, Case No. 3:26-cv-03077-CRB (incorrectly sued as "Hims and Hers, Inc."), which has not yet been served;

WHEREAS, a separate plaintiff, Hoagland-Sweeney filed his First Amended Class Action Complaint ("FAC") on April 15, 2026, *Hoagland-Sweeney v. Hims, Inc. and Hims & Hers Health, Inc.*, United States District Court, Northern District of California, Case No. 4:26-cv-03157-KAW;

WHEREAS, Defendants were served with Hoagland-Sweeney's FAC on May 8, 2026;

WHEREAS, Defendants' original deadline to respond to the FAC was May 29, 2026;

WHEREAS, on April 21, 2026, Hoagland-Sweeney filed a Notice of Related Actions identifying *Dolphin v. Hims & Hers, Inc.*, Case No. 4:26-cv-03077-KAW as related;

WHEREAS, on May 11, 2026, Plaintiff Julie Dolphin filed an Administrative Motion to Relate Cases requesting the court to relate her action to Hoagland-Sweeney's action;

WHEREAS, on May 18, 2026, the Court granted Plaintiff Julie Dolphin's Administrative Motion to Relate Cases;

WHEREAS, on May 29, 2026, Hoagland-Sweeney and Defendants entered into a stipulation to extend Defendants' deadline to respond to Plaintiff's FAC in the *Hoagland-Sweeney* action to June 29, 2026, because both Hoagland-Sweeney and Julie Dolphin indicated their intent to file a motion to consolidate the related actions;

WHEREAS, on June 8, 2026, Plaintiff Julie Dolphin filed a Motion to Consolidate Cases and For Appointment of Interim Co-Lead Class Counsel ("Motion to Consolidate"), requesting that the *Dolphin* and *Hoagland-Sweeney* cases be consolidated, that *Dolphin* be designated as the lead case, and that the *Hoagland-Sweeney* case be closed.

WHEREAS, on June 17, 2026, Defendants filed their Non-Opposition to Plaintiff Julie Dolphin's Motion to Consolidate, indicating that Defendants do not oppose consolidation and take no position on the appointment of interim co-lead class counsel.

WHEREAS, on June 25, 2026, Hoagland-Sweeney and Defendants entered into a stipulation to vacate the existing deadlines pending the Court's ruling on consolidation and to extend Defendants' responsive pleading deadline until thirty (30) days after the filing of a consolidated complaint if the Court grants the Motion to Consolidate, or, if the Court denies the Motion to Consolidate, thirty (30) days after the Court's denial;

WHEREAS, the Hoagland-Sweeney matter is currently pending transfer to a district judge;

WHEREAS, the Parties agree that it would be inefficient and would potentially waste judicial resources for Defendants to file separate responsive pleadings in each lawsuit prior to an order on consolidation;

WHEREAS, the Parties agree that, pending the Court's ruling on the Motion to Consolidate, it would be beneficial to:

(1) vacate the Initial Case Management Conference presently scheduled for July 14, 2026, at 1:30 pm;

(2) vacate all deadlines to comply with ADR Certification, Rule 26(f), or provide initial disclosures as identified in the Court's Orders Setting Initial Case Management Conference and ADR Deadlines; and

(3) extend Defendants' deadline to respond to the complaint until either (a) thirty (30) days after a consolidated complaint has been filed if the Court grants the Motion to Consolidate; or (b) if the Court denies the Motion to Consolidate, thirty (30) days after the Court's denial.

The Parties respectfully request that the Court enter an order accordingly.

**IT IS SO STIPULATED.**

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [~~PROPOSED~~] ORDER VACATING EXISTING DEADLINES PENDING THE COURT'S RULING ON CONSOLIDATION AND EXTENDING DEFENDANTS' RESPONSIVE PLEADING DEADLINE
CASE NO.: 3:26-CV-03077-CRB

DATED: June 29, 2026                    **BAKER & HOSTETLER LLP**


By: */s/ Sean P. Killeen*
       Sean P. Killeen

*Attorneys for Defendants*
HIMS, INC. and HIMS & HERS HEALTH, INC.


DATED: June 29, 2026

                                                  **SROURIAN LAW FIRM, P.C.**

By: */s/ Daniel Srourian*
       Daniel Srourian

*Attorneys for Plaintiff Julie Dolphin*


## CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION

I, Sean P. Killeen, attest that all other signatures listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.


DATED:  June 29, 2026                     */s/ Sean P. Killeen*
                                                          Sean P. Killeen

# [~~PROPOSED~~] ORDER

Based on a Stipulation between the Parties, **IT IS HEREBY ORDERED** that pending a ruling on the Motion to Consolidate, (1) the Initial Case Management Conference presently scheduled for July 14, 2026 at 1:30 pm is vacated; (2) all deadlines to comply with ADR Certification, Rule 26(f), or to provide initial disclosures as identified in the Court's Orders Setting Initial Case Management Conference and ADR Deadlines are vacated; and (3) Defendants' deadline to respond to the complaint is extended until either (a) thirty (30) days after a consolidated complaint has been filed if the Court grants the Motion to Consolidate; or (b) if the Court denies the Motion to Consolidate, thirty (30) days after the Court's denial.

Dated: ____June 29, 2026_____      _____

                                          Hon. Charles R. Breyer
                                          United States District Judge

STIPULATION AND [~~PROPOSED~~] ORDER VACATING EXISTING DEADLINES PENDING THE COURT'S RULING ON CONSOLIDATION AND EXTENDING DEFENDANTS' RESPONSIVE PLEADING DEADLINE
CASE NO.: 3:26-CV-03077-CRB