Scott Edward Cole, Esq. (S.B. #160744)
Laura Van Note, Esq. (S.B. #310160)
Mark T. Freeman, Esq. (S.B. #293721)
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, California 94607
Telephone: (510) 891-9800
Email: sec@colevannote.com
Email: lvn@colevannote.com
Email: mtf@colevannote.com

Daniel Srourian, Esq. (S.B. #285678)
**SROURIAN LAW FIRM, P.C.**
468 N. Camden Dr., Suite 200
Beverly Hills, CA 90210
Telephone: (213) 474-3800
Email: daniel@slfla.com

Attorneys for Representative Plaintiffs and the Plaintiff Class

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JULIE DOLPHIN, individually and on behalf of all others similarly situated,<br>Plaintiff,<br>v.<br>HIMS & HERS, INC.<br>Defendant. | Case No.: 3:26-cv-03077-CRB<br>Judge: Charles R. Breyer<br>**~~[PROPOSED]~~ ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR CONSOLIDATION AND APPOINTMENT OF INTERIM CO-LEAD CLASS COUNSEL** |
| BRANDON HOAGLAND-SWEENEY,<br>Plaintiff,<br>v.<br>HIMS, INC. and HIMS & HERS HEALTH, INC.,<br>Defendants. | Case No.: 3:26cv3157 |

Having reviewed the parties' submissions, the Court hereby ORDERS that Plaintiffs' Unopposed Motion for Consolidation and appointment of Interim Co-Lead Class Counsel is GRANTED.

**IT IS HEREBY ORDERED THAT:**

1. Pursuant to Federal Rule of Civil Procedure 42, the *Dolphin v. Hims & Hers, Inc.*, No. 3:26-cv-03077-CRB ("Dolphin") and *Hoagland-Sweeney v. Hims & Hers Health, Inc*. No. 3:26cv3157 ("Hoagland-Sweeney") are consolidated for all purposes. The Dolphin case is designated as the lead case. All papers filed in the Consolidated Action shall be filed under Case No.: 3:26-cv-03077-CRB and shall bear the following caption:

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE HIMS & HERS, INC. DATA BREACH LITIGATION<br><br>This Document Relates To: | Lead Case No.: 3:26-cv-03077-CRB |

2. All future pleadings, motions, briefs, and other papers shall be filed in Case No. 3:26-cv-03077-CRB. The Clerk is directed to CLOSE Case No. 3:26cv3157.

3. All future filed or transferred actions that are related to the Consolidated Action pursuant to Federal Rule of Civil Procedure 42 in that they are based on the same or similar facts and circumstances shall be consolidated in the Consolidated Action upon agreement of the parties and the filing of a notice of consolidation.

4. Interim Co-Lead Counsel Daniel Srourian of Srourian Law Firm, P.C. and Scott Edward Cole of Cole & Van Note shall be responsible for the overall conduct of the litigation on behalf of the proposed class, including providing supervision of all Plaintiffs' counsel in this litigation. As Interim Co-Lead Counsel for Plaintiffs, Daniel Srourian and Scott Edward Cole have the authority to:

a. Coordinate the work of preparing and presenting all of Plaintiffs' claims and otherwise coordinating all proceedings, including organizing and supervising

the efforts of Plaintiffs' counsel in a manner to ensure that Plaintiffs' pretrial preparation is conducted effectively, efficiently, expeditiously and economically;

b. Delegate work responsibilities and monitoring the activities of all Plaintiffs' counsel in a manner to promote the orderly and efficient conduct of this litigation and to avoid unnecessary duplication and expense;

c. Call meetings of Plaintiffs' counsel for any appropriate purpose, including coordinating responses to questions of other parties or of the Court, and initiating proposals, suggestions, schedules and any other appropriate matters;

d. Determine (after consultation with other co-counsel as may be appropriate) and present (in briefs, oral argument or such other fashion as he or his designee may deem appropriate) to the Court and opposing parties the position of the Plaintiffs on all matters arising during pretrial (and, if appropriate, trial) proceedings;

e. Serve as the primary contact for all communications between Plaintiffs and Defendant, and act as spokespersons for all Plaintiffs vis-à-vis Defendant and the Court;

f. Direct and execute on behalf of Plaintiffs the filing of pleadings and other documents with the Court;

g. Appear at all court hearings and conferences regarding the case as most appropriate for effective and efficient representation, and speak for Plaintiffs at all such hearings and conferences;

h. Receive and initiate communication with the Court and the Clerk of the Court (including receiving orders, notices, correspondence and telephone calls) and dispensing the content of such communications among Plaintiffs' counsel;

i. Initiate and conduct discussions and negotiations with counsel for Defendant on all matters, including settlement;

j. Negotiate and enter into stipulations with opposing counsel as necessary for the conduct of the litigation;

k. Initiate, coordinate and conduct all discovery on Plaintiffs' behalf and ensuring its efficiency;

l. Select, consult with and employ experts for Plaintiffs, as necessary;

m. Encourage and enforce efficiency among all Plaintiffs' counsel;

n. Assess Plaintiffs' counsel for the costs of the litigation;

o. Prepare and distribute periodic status reports to the Court and to the parties as ordered;

p. Develop and recommend for Court approval practices and procedures pertaining to attorneys' fees and expenses as further detailed below and, on an ongoing basis, monitor and administer such procedures. At such time as may be appropriate, Interim Co-Lead Class Counsel also will recommend

apportionment and allocation of any fees and expenses that might become due to Plaintiffs' counsel in this matter; and

q. Perform such other duties as are necessary in connection with the prosecution of this litigation or as may be further directed by the Court.

**SO ORDERED:**

Dated: August 10, 2026

CHARLES R. BREYER
UNITED STATES
DISTRICT JUDGE