Sean P. Killeen (SBN 320644)
*skilleen@bakerlaw.com*
**BAKER & HOSTETLER LLP**
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111
Telephone: (415) 659-2600
Facsimile: (415) 659-2601

Casie D. Collignon (*Pro Hac Vice* Forthcoming)
*ccollignon@bakerlaw.com*
**BAKER & HOSTETLER LLP**
1801 California Street, Suite 4400
Denver, CO 80202
Telephone: (303) 861-0600
Facsimile: (303) 861-7805

*Attorneys for Defendants*
HIMS, INC. and HIMS & HERS HEALTH, INC.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

IN RE HIMS & HERS, INC. DATA BREACH LITIGATION

Case No.: 3:26-cv-03077-CRB

Judge: Charles R. Breyer

**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT**

Pursuant to L.R. 6-1(b), Plaintiffs Julie Dolphin and Brandon Hoagland-Sweeney ("Plaintiffs") and Defendants Hims, Inc. and Hims & Hers Health, Inc. ("Defendants") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows ("Stipulation"):

WHEREAS, on June 8, 2026, Plaintiff Julie Dolphin filed a Motion to Consolidate Cases and For Appointment of Interim Co-Lead Class Counsel ("Motion to Consolidate"), requesting that the *Dolphin* and *Hoagland-Sweeney* cases be consolidated, that *Dolphin* be designated as the lead case, and that the *Hoagland-Sweeney* case be closed.

WHEREAS, on August 10, 2026, the Court granted the Motion to Consolidate, making the Dolphin case the lead case under Case No.: 3:26-cv-03077-CRB;

WHEREAS, on September 3, 2026, Plaintiffs filed their Consolidated Class Action Complaint ("CCAC");

WHEREAS, Defendants' current deadline to respond to the CCAC is October 5, 2026 (30 days after the filing of the consolidated complaint as reflected in the Parties' June 29, 2026 stipulation, ECF No. 21, and the Court's June 30, 2026 Order granting same, ECF No. 22);

WHEREAS, pursuant to L.R. 6-1(b), the Parties stipulate and respectfully request that the Court extend Defendants' deadline to respond to the CCAC by thirty (30) days to **November 4, 2026**;

WHEREAS, the Parties enter this extension for good cause, not for any improper purpose, as a result of good faith efforts between undersigned counsel for the Parties.

WHEREAS, the Parties agree that a continuance would serve the interests of judicial economy, as the extension may facilitate settlement and potentially remove this matter from the Court's docket.

The Parties respectfully request that the Court enter an order accordingly.

**IT IS SO STIPULATED.**

DATED: September 23, 2026

**BAKER & HOSTETLER LLP**

By: */s/ Sean P. Killeen*
Sean P. Killeen

*Attorneys for Defendants*
HIMS, INC. and HIMS & HERS HEALTH, INC.

DATED: September 23, 2026

**COLE & VAN NOTE**

By: */s/ Scott Edward Cole, Esq.*
Scott Edward Cole, Esq.

*Attorneys for Plaintiffs and the Proposed Classes*

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION**

I, Sean P. Killeen, attest that all other signatures listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: September 23, 2026

*/s/ Sean P. Killeen*
Sean P. Killeen

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

## ~~[PROPOSED]~~ ORDER

The Court, having considered the parties' Stipulation to Extend Time to Respond to Plaintiffs' Consolidated Class Action Complaint ("Stipulation"), and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. Defendants' time to respond to Plaintiffs' Consolidated Class Action Complaint shall be extended to **November 4, 2026**.

**IT IS SO ORDERED**.

Dated: September 24, 2026

Hon. Charles R. Breyer
United States District Judge